F I L E D
CLERK, U.S. DISTRICT COURT
1/9/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:23-cr-00001-CJC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| ERIC LINHMAI HUYNH, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about August 4, 2022, in Orange County, within the Central District of California, defendant ERIC LINHMAI HUYNH knowingly possessed a Seagate hard drive, with serial number NACAX32K, that contained at least three videos of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), all three of which videos involved prepubescent minors and minors who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the videos were child pornography.

The child pornography that defendant HUYNH knowingly possessed consisted of the following:

1. A video titled "36 Dad fucks both (8yo & 11yo) underage daughters incest preteen illegal pthc.MPG";
2. A video titled "crying BJ.mpg"; and
3. A video titled "Josephine-Special #1-Glory hole.mp4".

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

MELISSA S. RABBANI
Assistant United States Attorney
Santa Ana Branch Office